**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-2256**

_____

HIEDA KEELER,

             Plaintiff - Appellant,

        v.

HOWARD GWYNN, Commonwealth's Attorney for Commonwealth of
Virginia,

             Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.  Arenda L. Wright Allen,
District Judge. (4:15-cv-00064-AWA-RJK)

_____

Submitted: January 14, 2016          Decided: January 19, 2016

_____

Before AGEE, WYNN, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Hieda A. Keeler, Appellant Pro Se.  Jeff W. Rosen, PENDER &
COWARD, PC, Virginia Beach, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hieda A. Keeler appeals the district court's order dismissing her civil rights complaint. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Keeler's informal brief does not challenge the basis for the district court's disposition, Keeler has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED